UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHELLE EHLTS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:04CV1293MLM |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the court on Plaintiff's Motion for Award of Attorney Fees Pursant to the Equal Access to Justice Act, 28 U.S.C. §2412(d). [Doc. 21] Defendant has responded and does not contest plaintiff's request. [Doc. 22]

On May 2, 2005 this court entered Final Judgment reversing and remanding plaintiff's case to the Commissioner pursuant to sentence 4 of 42 U.S.C. § 405(g). Therefore plaintiff is a "prevailing party" for EAJA purposes. The government has responded to plaintiff's Application and indicates that the government has no objection to an award of attorney fees in the amount of $2,300.00.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) is **GRANTED**. [Doc. 21]

**IT IS FURTHER ORDERED** that plaintiff be awarded attorney fees in the amount of $2,300.00.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this __11th__ day of August, 2005.